# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160991(111)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

TOWNSHIP OF FRASER,
      Plaintiff-Appellant,

v

SC: 160991
COA: 337842
Bay CC: 16-003272-CH

HARVEY HANEY and RUTH ANN HANEY,
      Defendants-Appellees.
_____/

      On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing his answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before March 27, 2020.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2020



Clerk